Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Jennifer A. Copp

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER A. COPP,<br><br>                    Plaintiff,<br><br>      vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>                    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: CV 13-8637 DTB<br><br>{~~PROPOSED~~} ORDER AWARDING<br>EQUAL ACCESS TO JUSTICE ACT<br>ATTORNEY FEES AND EXPENSES<br>PURSUANT TO 28 U.S.C. § 2412(d)<br>AND COSTS PURSUANT TO 28<br>U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal

Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $1,000.00, as

authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00, as authorized

by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:      June 6, 2014

_____
THE HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

-1-

1    Respectfully submitted,

2    LAW OFFICES OF Lawrence D. Rohlfing

3        /s/ *Young Cho*

     _____
4    Young Cho
     Attorney for plaintiff Jennifer A. Copp
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26